**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RONALD SEATON, | : | |
| | : | Civil Action No. |
| Petitioner, | : | 09-3808 (RBK) |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| WARDEN PAUL SCHULTZ, | : | |
| | : | |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this   10th   day of   August  , 2009

ORDERED that Petitioner's application for a writ of habeas corpus is denied; and it is further

ORDERED that the Clerk shall forward Petitioner a copy of this Order and Opinion filed herewith by regular U.S. mail, and close the file on this matter.

                              s/Robert B. Kugler
                              **Robert B. Kugler**
                              **United States District Judge**